### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 06-CR-209-001-CVE |
| | ) |
| ANTHONY DEJUAN CAMPBELL, | ) |
| | ) |
| Defendant. | ) |

### **RELEASE OF LIEN**

The United States of America by DANNY C. WILLIAMS, SR., United States Attorney for the Northern District of Oklahoma, through Phil Pinnell, Assistant United States Attorney, states that on April 16, 2007, a Criminal Judgment was rendered against Anthony Dejuan Campbell, in the amount of $2,100.00.  A notice of lien based thereon was filed on April 27, 2007,  Tulsa County, Oklahoma, doc. #2007045058.

The United States of America does hereby release the lien filed on  April 27, 2007,  Tulsa County, Oklahoma, doc. #2007045058, against Anthony Dejuan Campbell.

DATED this   5th   day of April 2013.

                                                      UNITED STATES OF AMERICA
                                                     DANNY C. WILLIAMS, SR.
                                                     United States Attorney

                                                   s/phil pinnell
                                                 PHIL PINNELL, OBA #7169
                                                 Assistant United States Attorney
                                                 110 West 7th Street  Ste. 300
                                                 Tulsa, Oklahoma  74119
                                                 (918) 382-2700
                                                 (918) 560-7948
                                                 phil.pinnell@usdoj.gov

```
```
Case 4:06-cr-00209-CVE   Document 32 Filed in USDC ND/OK on 04/05/13   Page 2 of 2

## CERTIFICATE OF SERVICE

____   This is to certify that on the ____ day of April 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

_X_   I hereby certify that on the 5th day of April 2013, I served the foregoing document by mail, proper postage paid on the following, who are not registered participants of the ECF System:

Family of Anthony Dejuan Campbell
Tulsa, OK  74106

                                                s/traci owens
                                                TRACI OWENS
                                                Financial Litigation Agent